IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>vs.<br><br>JERALD VRBAS,<br><br>                Defendant. | 4:14CR3007<br><br>**MEMORANDUM AND ORDER** |

Defendant's retained counsel, Sean Brennan, has represented the defendant in this case since defendant's initial appearance on December 20, 2013, trial is scheduled for March 31, 2014, but the defendant intends to enter a change of plea. The defendant can no longer afford counsel and has moved for appointed counsel. (Filing No. 26). Based on defendant's financial affidavit of record, (filing no. 27), the defendant is eligible for appointed counsel at this time. Mr. Brennan states this case in now in the final stages, and to provide continuity of counsel and the unnecessary expenditure of time and fees by new counsel, he is willing to be appointed as counsel for the defendant.

Accordingly,

IT IS ORDERED:

1) The defendant's motion to appoint counsel, (filing no. 26), is granted.

2) Since this case is approaching final disposition, to avoid interruption and delay, and to provide continuity in defendant's representation, the court hereby appoints Sean Brennan as counsel for the defendant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(a)(1).

3) The Clerk of the court shall mail a copy of this memorandum and order to David Stickman, Federal Public Defender. David Stickman shall provide Sean Brennan with the appropriate CJA voucher.

March 11, 2014.

                                                            BY THE COURT:

                                                            *s/ Cheryl R. Zwart*
                                                            United States Magistrate Judge