## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JERALD VRBAS,

            Defendant.

**4:14-CR-3007**

**ORDER**

IT IS ORDERED that:

1.    The defendant's unopposed Motion to Continue Restitution Hearing (filing 52) is granted.

2.    Defendant Jerald Vrbas' restitution hearing is continued to Wednesday, November 5, 2014, at 10:00 a.m. before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 11th day of September, 2014.

BY THE COURT:

John M. Gerrard
United States District Judge